IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FRANK LUPIANI, *et al.*　　　　　　　　　　　　　　　　PLAINTIFFS

V.　　　　　　CAUSE NO. 5:03-CV-05256

WAL-MART STORES, INC., *et al.*　　　　　　　　　　　DEFENDANTS

## **ORDER**

Now on this 26th day of April, 2006, there comes on for consideration, Plaintiffs' Motion for Leave to File a Second Amended Complaint (Doc. 34) and Defendants' Renewed Motion to Dismiss (Doc. 26). The Court, being well and sufficiently advised in the premises, finds that Plaintiffs' motion should be and hereby is GRANTED and Defendants' motion should be and hereby is DENIED AS MOOT. Accordingly, Plaintiffs are directed to file their second amended complaint within five (5) days, and Defendants shall have ten (10) days from the date of its filing in which to file a response.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Robert T. Dawson
　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　United States District Judge