## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**FRANK LUPIANI, et al.,**                                              **PLAINTIFFS**

**v.**                                    **CASE NO. 03-5256**

**WAL-MART STORES, INC., et al.,**                              **DEFENDANTS**

**O R D E R**

Before the Court is Defendants' Agreed Motion to Hold Discovery in Abeyance for Additional 30 Days and to Extend Discovery Deadline and Trial Date (Doc. 91). Defendants move to hold discovery in abeyance for thirty days, including further briefing on Plaintiffs' pending motions to compel, and to extend the discovery deadline by thirty days. Defendants also move to continue the trial date by thirty days. The Court is advised Plaintiffs have no opposition to this motion.

The Court, being well and sufficiently advised in the premises, finds that the Motion should be and hereby is **GRANTED IN PART AND DENIED IN PART**. Accordingly, all discovery is held in abeyance until **July 16, 2007**, so that the parties may explore the possibility of settlement. Further, the discovery deadline is extended until **October 1, 2007.** However, at this time the case remains set for trial on **November 26, 2007**.

**IT IS SO ORDERED.**

*/s/ Robert T. Dawson*
Dated:   June 20, 2007                    Honorable Robert T. Dawson
United States District Judge