```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

FRANK LUPIANI, et al                                    PLAINTIFF

    vs.                    CASE No. 03-5256

WAL-MART STORES, INC., et al                            DEFENDANTS

## ORDER

Now on this 26th day of March, 2008, comes the Stipulation of Dismissal with Prejudice (doc. #110). The Court, being well and sufficiently advised, does hereby GRANT the stipulation of dismissal with prejudice with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          Robert T. Dawson
                          United States District Judge
```